CHARLES OLSEN, Respondent, v. FENNIA REALTY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning and Young, JJ., concur; Kapper and Lazansky, JJ., dissent, and vote to reverse for the reasons stated by them in *Olsen* v. *Fennia Realty Co., Inc.* [*ante,* 863], decided herewith.

JOHANNA OSTERTAG and GERTRUDE OSTERTAG, Appellants, Respondents, v. ANNA SLIVE, Respondent, Appellant.— Order denying motion for judgment on the pleadings, and to strike out separate defense, modified by providing that plaintiffs'. motion to strike out the separate defense of Statute of Frauds † be granted. As so modified the order is affirmed, without costs to either party. (See *Brune* v. *Vom Lehn,* 112 Misc. 342; affd., 196 App. Div. 907.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

PEERLESS LIGHT COMPANY, Appellant, v. GIMBEL BROTHERS, INC., Respondent. — Order granting leave to serve amended answer affirmed, with ten dollars costs and disbursements. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Lazansky, J., dissents, and votes for a modification to provide for the service of the answer to the amended complaint as proposed, except as to the defense that plaintiff was not authorized to do business in the State of New York. (See *Wood & Selick* v. *Ball,* 190 N. Y. 217.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PIETRO GRIMALDI, Appellant.— Judgment of conviction of the County Court of Nassau county reversed upon the law and the facts, and a new trial ordered, on authority of *People* v. *Figara* [*ante,* 638], decided herewith. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

FRANK RUSSO, as Administrator, etc., of PIETRO PARANISI, Respondent, v. ATLANTIC FRUIT COMPANY, Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SAM SOOGOFF, Respondent, v. MAX ROSENKRANZ and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

SPENCER, WHITE & PRENTIS, INC., Respondent v. THE BIKUR CHOLIM KOSHER HOSPITAL OF THE HEBREW LADIES OF BROOKLYN, INC., Owner, Respondent. JOSEPH J. SULIN, Appellant, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.